IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMER DAWN WALRAVEN,<br><br>Defendant. | CR 25-45-M-DLC<br><br><br><br>ORDER |

On November 18, 2025, Defendant Summer Dawn Walraven appeared before the Court on a motion and affidavit alleging she violated conditions of her pretrial release. (Doc. 52). Defendant requested a preliminary hearing, which was scheduled for November 21, 2025. On November 20, 2025, Defendant notified the Court in writing that she waived her right to a preliminary hearing. (Doc. 54).

Defendant appeared before the Court again on November 21, 2025, at which time she admitted to the violations alleged in the petition to revoke her pretrial release. Pursuant to 18 U.S.C. § 3148(b)(1), and based on the record in this case, the Court finds there is clear and convincing evidence that Defendant violated conditions of her release as alleged. Further, pursuant to § 3148(b)(2), and based on Defendant's conduct while on pretrial release, the Court finds she is unlikely to

1

abide by any condition or combination of conditions if the Court were to continue her on pretrial release.

Therefore, pursuant to 18 U.S.C. § 3148(b), **IT IS HEREBY ORDERED** that Defendant's pretrial release is **REVOKED**.

**IT IS FURTHER ORDERED** the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 21st day of November, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge