IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  25–45–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SUMMER DAWN WALRAVEN, | |
| Defendants. | |

Before the Court is Defendant Summer Dawn Walraven's unopposed motion for leave to file sentencing memorandum under seal. (Doc. 124.) For good cause showing,

IT IS ORDERED that the motion (Doc. 124) is GRANTED. Defendant may file her sentencing memorandum under seal.

DATED this 4th day of May, 2026.

Dana L. Christensen, District Judge
United States District Court

1